# In the United States District Court
# For the Southern District of Georgia
# Waycross Division

MARVIN DAMIAN COOTE,     *
                                *
      Petitioner,               *     CIVIL ACTION NO.: 5:18-cv-96
                                *
                                *
      v.                           *
                                *
UNITED STATES OF AMERICA,   *
                                *
      Respondent.             *

## ORDER

After an independent and de novo review of the entire record, the Court concurs with the Magistrate Judge's Report and Recommendation. Dkt. No. 11. Petitioner Marvin Coote ("Coote") filed Objections. Dkt. No. 12. Coote recognizes that he has not exhausted the appropriate remedies regarding his claim of citizenship but asks the Court to recognize his diligence in filing "several petitions and/or documents" relating to his claim of citizenship, which he continues to do. Id. at p. 1. To this point, Coote attached several documents to his Objections. Dkt. No. 12-1.

Even if the filings Coote submitted in support of his Objections were the proper documents or applications to file, he has not received responses to his filings. Additionally, Coote

prepared these documents not long before he signed his Petition on December 10, 2018. Dkt. No. 1, p. 6; Dkt. No. 12-1, pp. 8-14.[1] It appears any response could not have been provided by the time Coote filed this Petition. More importantly, even if these documents had been submitted to and responded to by the appropriate administrative bodies, Coote could not have exhausted those processes before the filing of this Petition.

Thus, the Court **OVERRULES** Coote's Objections and **ADOPTS** the Magistrate Judge's Report and Recommendation. The Court **DENIES** Coote's Petition for Writ of Mandamus, **DIRECTS** the Clerk of Court to enter the appropriate judgment of dismissal and **CLOSE** this case, and **DENIES** Coote *in forma pauperis* status on appeal.

**SO ORDERED**, this 4 day of April, 2019.

HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

---

[1] The Magistrate Judge noted Coote needed to file an application for certificate of citizenship, have that application denied, and then appeal before he could move for declaratory judgment in a district court. Dkt. No. 11, p. 4. Coote's "Sworn Statement for Potential U.S. Citizenship Claim" does not appear to be an application for certificate of citizenship. Dkt. No. 12-1, pp. 1-9. In addition, this document is not dated, indicating Coote could have prepared this document at any time before or after the filing of the instant Petition. Id. at p. 7.

AO 72A
(Rev. 8/82)